

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00594-CV

Khalid **ABBOOD**,
Appellant

v.

Amal **HAMAD**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI04613
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED for failure to pay the filing fee. Costs of this appeal are taxed against appellant.

SIGNED November 13, 2024.

_____
Rebeca C. Martinez, Chief Justice